UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re

    Shannon Michael Mollohan,          Bk. No. 19-11009-BAH
        Debtor                                       Chapter 13

**ORDER ON DEBTOR'S MOTION TO RECLAIM INTERPLED FUNDS**

Debtor's motion to reclaim the $6,944.88 in funds that the Chapter 13 Trustee interpled into the Court on May 3, 2021 is hereby granted.

The Court further orders that a check for this sum be mailed directly to Debtor at the following address: 124 Poco Drive, Tamworth, NH 03886-4710.

SO ORDERED:


Dated: _____                 _____
                                                        Bruce A. Harwood, Chief Judge