## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                                                                              Bk. No. 19-11009-BAH
                                                                                                            Chapter 13
Shannon Michael Mollohan,
       Debtor

## **ORDER**

The Court has before it the Debtor's Motion to Reclaim Interpled Funds (Doc. No. 75) (the "Motion"). Lawrence Sumski, the chapter 13 trustee, did not "interplead" the funds that the Debtor seeks to recover; rather, he deposited them with the Court as unclaimed funds. Accordingly, the Motion is denied. To claim these funds, the Debtor should submit an application and comply with the requirements for claiming funds, which can be found on the Court's website at the following link: https://www.nhb.uscourts.gov/unclaimed-funds

    ENTERED at Concord, New Hampshire.

Date:   May 13, 2021                                                /s/ Bruce A. Harwood
                                                                                Bruce A. Harwood
                                                                                Chief Bankruptcy Judge